UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL WALKER<br>DOC # 93207 | * <br> * <br> * | CIVIL ACTION NO. 2:15-cv-763<br>SECTION P |
| v. | * <br> * <br> * | JUDGE MINALDI |
| MICHAEL B. CAZES, ET AL | * | MAGISTRATE JUDGE KAY |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 13) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 14), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Plaintiff's civil rights complaint as to Michelle Harmon and all matters relative to the events that occurred in the Western District of Louisiana are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that Plaintiff's civil rights action against West Baton Rouge Sheriff Michael B. Cazes and Joe Arabie, Director of West Baton Rouge Work Release Program, be transferred to the United States District Court for the Middle District of Louisiana for further consideration.

Lake Charles, Louisiana, this 29 day of February, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE